## In re: OMEPRAZOLE PATENT LITIGATION

Astrazeneca AB, Aktiebolaget Hassle, KBI–E, Inc., KBI, Inc., and Astrazeneca LP, Plaintiffs–Appellants,

v.

Mylan Laboratories, INC., Mylan Pharmaceuticals, Incorporated, Esteve Quimica, S.A., and Laboratorios Dr. Esteve, S.A., Defendants–Appellees.

Nos. 2007–1476, 2007–1477, 2007–1478.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2008.

### ORDER

Order Vacated, See 2008 WL 648541.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.